**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel*. LOUIS SCUTELLARO | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 10cv0113 (JDB) |
| DIRECT RESOURCES, INC. | ) ) | <u>UNDER SEAL</u> |
| Defendant. | ) ) ) | |

### APPLICATION FOR DISMISSAL WITH PREJUDICE TO RELATOR AND WITH PREJUDICE TO UNITED STATES ON CERTAIN CLAIMS AND OTHERWISE WITHOUT PREJUDICE TO UNITED STATES AND TO LIFT THE SEAL

Under Fed. R. Civ. P. 41(a)(1)-(2), the United States and Plaintiff-Relator Louis Scutellaro hereby jointly move for dismissal of the above-captioned action against Defendant Direct Resource, Inc. (incorrectly named Direct Resources, Inc. in Relator's Complaint) pursuant to the terms and conditions of the Settlement Agreement between the United States, Direct Resource, Inc. and Relator effective April 25, 2012, attached hereto.  Specifically, the Relator Louis Scutellaro dismisses with prejudice as to himself.  The United States dismisses with prejudice the claims against Direct Resource for the Covered Conduct as the term is defined in the Settlement Agreement between the United States, Direct Resource, Inc. and Relator effective April 25, 2012, and otherwise dismisses the action against Direct Resource, Inc. without prejudice to the United States.

In addition, the United States and Plaintiff-Relator Louis Scutellaro request that Relator's Complaint, this Application for Dismissal, the Settlement Agreement and the Order of this Court dismissing this action be unsealed.  The United States further requests that all other contents of

the Court's file in this matter made prior to this Application, including any applications filed by the United States for an extension of the investigative period and supporting papers, remain under seal and not be made public because such papers are submitted by law for the sole purpose of evaluating whether the seal and the time frame for making an intervention decision be extended.

No answer has been filed or served in this action.

                                          Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

RONALD C. MACHEN JR., D.C. BAR # 447889
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Acting Chief, Civil Division

 /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843

JOYCE R. BRANDA
PATRICIA R. DAVIS
MARY CLARE GARTLAND CLAUD
Attorneys, Civil Division
Commercial Litigation Branch, Fraud Section
U.S. Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
(202) 307-1088

Counsel for the United States

                              MCKNIGHT & KENNEDY, LLC

               By:   /s/ H. Vincent McKnight, Jr.
                         H. VINCENT MCKNIGHT, JR.

                              Counsel for Relator Louis Scutellaro

Dated: April 30, 2012