UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LOUIS SCUTELLARO | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 10cv0113 (JDB) |
| DIRECT RESOURCES, INC. | ) ) | UNDER SEAL |
| Defendant. | ) ) ) | |

**FILED**
MAY 04 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER

Upon consideration of the United States' and Relator's application under Fed. R. Civ. P. 41(a)(1)-(2) for dismissal of the above-captioned action against Defendant Direct Resource, Inc. (Direct Resources, Inc. in Relator's Complaint) pursuant to the terms and conditions of the Settlement Agreement between the United States, Direct Resource, Inc. and Relator, effective April 25, 2012, it is this ___1st___ day of ___May___, 2012 hereby,

**ORDERED** that the Relator Louis Scutellaro's complaint is dismissed with prejudice as to himself; and it is further

**ORDERED** that the United States claims are dismissed with prejudice against Direct Resource for the Covered Conduct as the term is defined in the Settlement Agreement between the United States, Direct Resource, Inc. and Relator effective April 25, 2012, and otherwise the action against Direct Resource, Inc. is dismissed without prejudice to the United States; and it is further

**ORDERED** that the complaint shall be unsealed, and it is further

**ORDERED**, that the Application for Dismissal, the Relator's Complaint, the Settlement Agreement and the Order of this Court dismissing this action be unsealed; and it is further

**ORDERED**, that all other contents of the Court's file in this action shall remain under seal and not be made public.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE